IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE N. HILDEBRAND, et. al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 06-5439 |
| v. | : | |
| DENTSPLY INTERNATIONAL, INC., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 30th day of September, 2011, it is hereby ORDERED as follows:

1. Plaintiffs' remaining claims are DISMISSED in their entirety for lack of subject matter jurisdiction;

2. Plaintiffs' Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Entered January 26, 2010 (Dkt. No. 150) is DENIED as MOOT;

3. Plaintiffs' Motion to Certify Class (Dkt. No. 36) is DENIED as MOOT;

4. Defendant's Motion to Compel Discovery Responses (Dkt. No. 41) is DENIED as MOOT;

5. Defendant's Request for Oral Argument (Dkt. No. 137) is DENIED as MOOT; and

6. Proposed Intervenors' Motion to Intervene or, in the Alternative, to Consolidate (Dkt. No. 153) is DENIED as MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II    J.